1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   WILLIAM J. BRAINARD,

11         Plaintiff,                    No. CIV S-11-0851 GEB DAD PS

12      vs.

13   CHRISTOPHER W. BOYD, et al.,

14         Defendants.              FINDINGS AND RECOMMENDATIONS

15   _____/

16         By order filed July 21, 2011, plaintiff's amended complaint was dismissed with

17   leave to file a second amended complaint that cures the defects noted in that order.  Plaintiff was

18   granted thirty days from the date of the order to file a second amended complaint and was

19   cautioned that failure to respond to the court's order in a timely manner may result in a

20   recommendation that this action be dismissed.  The thirty-day period has expired, and plaintiff

21   has not responded to the court's order in any manner.

22         Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed

23   without prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

24         These findings and recommendations will be submitted to the United States

25   District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within

26   fourteen days after being served with these findings and recommendations, plaintiff may file

1   written objections with the court.  A document containing objections should be titled "Objections

2   to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file

3   objections within the specified time may, under certain circumstances, waive the right to appeal

4   the District Court's order.  See Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

5   DATED: September 5, 2011.

6

7   _____
    DALE A. DROZD
8   UNITED STATES MAGISTRATE JUDGE

9   DAD:kw
    Ddad1\orders.pro se\brainard0851.fta

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26